UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                               )<br>           Plaintiff,          )<br>                               )<br> v.                            )<br>                               )<br> ZACHARY LEE SCHROCK,          )<br>                               )<br>           Defendant.          )<br>_____) | No. CR-08-020-FVS<br><br>ORDER GRANTING MOTION<br>TO MODIFY CONDITIONS<br>OF RELEASE |

At the July 17, 2008, hearing on Defendant's Motion to Modify (Ct. Rec. 33), Defendant appeared with Bryan Whitaker and Russell Bradshaw. Assistant U.S. Attorney Stephanie Lister represented the United States.

Defendant's unopposed Motion to Modify **(Ct. Rec. 33)** is **GRANTED.** The Order Setting Conditions of Release filed March 26, 2008, (Ct. Rec. 19) is **MODIFIED** to omit the requirement of submission to urinalysis/Breathalyzer testing.

**IT IS SO ORDERED.**

DATED July 17, 2008.


                         S/ CYNTHIA IMBROGNO
                    UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE - 1